THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
Timmy McFadden,       
Appellant.
 
 
 

Appeal From Florence County
L. Casey Manning, Circuit Court Judge

Opinion No. 2003-UP-146
Submitted January 10, 2003 - Filed February 
 19, 2003

APPEAL DISMISSED

 
 
 
Senior Assistant Appellate Defender Wanda H. Haile, 
 of Columbia;  for Appellant.
Deputy Director for Legal Services Teresa A. Knox, 
 Legal Counsel Tommy Evans, Jr., Legal Counsel J. Benjamin Aplin, of Columbia; 
 for Respondent.
 
 
 

PER CURIAM:  Timmy McFadden appeals the 
 revocation of his probation.  Appellate counsel has filed a final brief accompanied 
 by a petition to be relieved.  McFadden has not filed a pro se 
 response brief.
After a thorough review of the record on appeal 
 pursuant to Anders v. California, 386 U.S. 738 (1967), and State v. 
 Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we grant counsels petition 
 and dismiss the appeal.
APPEAL DISMISSED.
HEARN, C.J., GOOLSBY, and SHULER, JJ., concur.